In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00317-CV**

_____

**PURCELL INTERNATIONAL, LLC, Appellant/Cross-Appellee**

**V.**

**JOE D. NEWCOMB AND TRUTH WORLDWIDE, LLC, Appellees/Cross-Appellants**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-01-00350-CV**

**MEMORANDUM OPINION**

Purcell International, LLC, Appellant and Cross-Appellee, and Joe D. Newcomb and Truth Worldwide, LLC, Appellees and Cross-Appellants, jointly filed a Rule 11 agreement in which the parties agree to dismiss their appeals. *See* Tex. R. Civ. P. 42.1. On April 25, 2018, we notified the parties that the appeal would be dismissed if no party filed an objection before May 7, 2018. No objection has been filed. The appeal is dismissed. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on May 16, 2018
Opinion Delivered May 17, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.